**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**TYLER NIKE THOMAS,**

**Defendant.**

_________________________________/

**CASE NO.:26MJ67**
**MAGISTRATE JUDGE:**

**FILED UNDER SEAL**

## MOTION TO SEAL

Now comes the United States of America, by and through undersigned counsel, and respectfully requests that the Complaint and Arrest Warrant be sealed until such time as an initial appearance in this case as the proposed defendant is unaware of the federal charges at this time.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

***s/ Heather A. Hill***
___________________________

HEATHER A. HILL (100920)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 255-1545
Fax: (614) 469-5653
Heather.Hill@usdoj.gov